■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID SINGLETON, Also Known as KIM GRAVES, Appellant. [9 NYS3d 882]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Mondo, J.), rendered January 24, 2013, convicting him of burglary in the third degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]). Counsel has informed this Court that the

defendant has not authorized counsel to "take [the] risk associated with plea withdrawal," and, thus, does not wish for counsel to raise any issues relating to the validity of his plea of guilty. Upon an independent review of the record, we conclude that there are no remaining nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *People v Cardwell*, 98 AD3d 986 [2012]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; cf. *People v Gonzalez*, 47 NY2d 606 [1979]). Dillon, J.P., Leventhal, Roman, Sgroi and Hinds-Radix, JJ., concur.